

# MANDATE

# Court of Appeals
# First District of Texas

NO. 01-15-00084-CV

MARY IACONO, Appellant

V.

STANLEY BLACK & DECKER, INC. AND STANLEY ACCESS
TECHNOLOGIES, LLC, Appellees

Appeal from the 215th District Court of Harris County  (Tr. Ct. No. 2013-29901).

**TO THE 215TH DISTRICT COURT  OF HARRIS  COUNTY, GREETINGS:**

Before this Court, on the 19th day of May 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> The cause heard today by the Court is an appeal from the order signed by the court below on January 16, 2015. After due consideration, After due consideration, the Court **grants** appellees Stanley Black & Decker, Inc. and Stanley Access Technologies, LLC's motion to dismiss the appeal for want of jurisdiction.  Accordingly, the Court **dismisses** the appeal for want of jurisdiction.
>
> The Court **orders** that the appellant, Mary Iacono, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered May 19, 2015.

Per curiam opinion delivered by panel consisting of Justices
Keyes, Huddle, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court

in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 31, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

